# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


August 12, 2026

**VIA ECF**
Hon Judge Margaret M. Garnett
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: 26-cv-04865-MMG Paulino Cruz et al v. Jennys Roti Shop Inc. et al.**

Your Honor:

This office represents Plaintiff in the above-referenced matter. I am handling this case for the firm. I write on behalf of Plaintiff to respectfully request a three-week extension of the deadline to amend the complaint, currently scheduled for August 21, 2026.[1] The new deadline would be September 11, 2026. This is the first request of its kind and is submitted with the consent of the Defendants.

The reason for the request is that I will be traveling shortly on vacation with my family. The extension will give me adequate time to discuss the amendment with my client and to work on the complaint once I return. As such, Plaintiff respectfully requests an extension of the deadline to amend.

Respectfully Submitted,

*/s/ Jesse Barton*
Jesse Barton, Esq.

[1] Defendants filed a motion to dismiss on August 7, 2026. Plaintiff intends to amend his complaint in response. Per Your Honor's rules, Plaintiff has two weeks from the filing of the motion to amend.

GRANTED. Plaintiff's deadline to file an Amended Complaint in response to the Motion to Dismiss is EXTENDED to **September 11, 2026**.

SO ORDERED. Dated August 13, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE